UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Stringer,

                    Plaintiff,

v.                                                      Civ. No. 04-4979 (JNE/FLN)
                                                        ORDER
Joe Cosgrove, in his individual capacity and
his official capacity as Assistant Warden, MCF
Rush City; Joe Longueville, in his individual
and his official capacities as Minnesota
Department of Corrections Agent; Greg
Fletcher, in his individual and his official
capacities as Minnesota Department of
Corrections Agent; and Jeffrey Peterson,
Executive Officer, Hearings and Release Unit,
in his individual and his official capacities,

                    Defendants.

        In a Report and Recommendation dated August 24, 2006, the Honorable Franklin L.

Noel, United States Magistrate Judge, recommended that Joe Cosgrove and Jeffrey Peterson's

Motion for Dismissal be granted.  Michael Stringer objected to the Report and Recommendation,

and Cosgrove and Peterson responded.  The Court has conducted a de novo review of the record.

*See* D. Minn. LR 72.2(b).   Based on that review, the Court adopts the Report and

Recommendation.  Therefore, IT IS ORDERED THAT:

        1.      Cosgrove and Peterson's Motion for Dismissal [Docket No. 17] is
                GRANTED.

        2.      Stringer's claims against Cosgrove and Peterson under 42 U.S.C. § 1983
                are DISMISSED WITH PREJUDICE.  Stringer's claims against Cosgrove
                and Peterson under state law are DISMISSED WITHOUT PREJUDICE.

        LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  September 28, 2006

                                                        s/ Joan N. Ericksen
                                                        JOAN N. ERICKSEN
                                                        United States District Judge